**Petition for Writ Mandamus Denied and Opinion filed January 7, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00820-CV

## IN RE SPINAL TECHNOLOGIES, LLC; RICHARD R.M. FRANCIS; RICHARD R.M. FRANCIS M.D.P.A.; AND JUANITTA FRANCIS, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-78823**

## MEMORANDUM OPINION

On Thursday, December 10, 2020, relators Spinal Technologies, LLC; Richard R.M. Francis; Richard R.M. Francis M.D.P.A.; and Juanitta Francis filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Mike Engelhart, presiding judge of the 151st District Court of Harris

County, to vacate his order of April 29, 2019, granting the motion to dismiss filed by Mazor Robotics, Inc., the real party in interest.

Because relators have not shown they are entitled to mandamus relief, we deny the petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise, and Hassan.